James Sullivan
c/o 921 N. Main St.
Mansfield, OH 44902

Geri Smith, Clerk
U.S. District Court
Northern District of Ohio
801 West Superior Ave
Cleveland, OH 44113

January 25, 2013

RE: Sullivan v. Mericle, Case No. 1:13cv200
JUDGE NUGENT

Dear Ms. Smith:

I recently filed the above referenced case while incarcerated at the Marion Correctional Institution. Please be advised that I have been transferred to a halfway house facility at the address above.

Please note this change of address in your records and in the case.

Thank you for your assistance.

Sincerely,

J. Sullivan