IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES D. SULLIVAN, | ) | CASE NO. 1:13 CV 0200 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT ENTRY** |
| TIMOTHY MERICLE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This Court, having contemporaneously filed its Memorandum of Opinion in this case, therefore ORDERS that this action be dismissed pursuant to 28 U.S.C. §1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE

Dated: June 10, 2013